IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LOUIS E. RICHARD, JR.                                PLAINTIFF

        v.                  Civil No. 05-4071

JADE HUGHES, Jailer;
AMY KUYKENDALL, Jail
Supervisor; and SHERIFF
BUTCH MORRIS                                     DEFENDANTS

## **ORDER**

On March 2, 2006, defendants filed a motion to withdraw and substitute counsel (Doc. 25). The motion indicates Ms. Angela Echols will no longer be associated with the law firm of Bachelor & Newell and asks that C. Burt Newell be substituted as attorney of record for the defendants. The motion further indicates that Mr. Newell is prepared to comply with all scheduling orders.

We note that Mr. Newell has already filed an entry of appearance in this case (Doc. 26). The motion is granted (Doc. 25).

IT IS SO ORDERED this 8th day of March 2006.

                                           /s/ Bobby E. Shepherd
                                           UNITED STATES MAGISTRATE JUDGE