IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LOUIS E. RICHARD, JR.                                       PLAINTIFF

v.          Civil No. 05-4071

JADE HUGHES, Jailer;
AMY KUYKENDALL, Jail
Supervisor; and SHERIFF
BUTCH MORRIS                                          DEFENDANTS

## **JUDGMENT**

For the reasons stated in memorandum opinion of even date, the court finds the defendants' motion for summary judgment (Doc. 31) should be and hereby is granted. This case is dismissed with prejudice.

IT IS SO ORDERED this 15th day of August 2006.

/s/ Bobby E. Shepherd
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)